UNION CARTAGE CO. *v.* UNITED STATES ET AL.

No. 448.   Decided December 4, 1961.

*Earl R. Stanley* for appellant.

*Solicitor General Cox, Assistant Attorney General Loevinger, Richard A. Solomon* and *Robert W. Ginnane* for appellees.

PER CURIAM.

The motion to affirm is granted and the judgment is affirmed.

MR. JUSTICE BLACK and MR. JUSTICE BRENNAN are of the opinion that probable jurisdiction should be noted.

LINNABERY ET AL. *v.* IOWA.

No. 26, Misc.   Decided December 4, 1961.

Appellants *pro se.*

*Evan Hultman,* Attorney General of Iowa, for appellee.

PER CURIAM.

The appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.